NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**E.DIGITAL CORPORATION,**
*Plaintiff-Appellant,*

**v.**

**ZTE CORPORATION, ZTE (USA) INC., PANTECH WIRELESS, INC., PANTECH CO. LTD., AND WOODMAN LABS, INC.,**
*Defendants-Appellees.*

---

2014-1239, -1242, -1243

---

Appeals from the United States District Court for the Southern District of California in No. 3:13-cv-00781-DMS-WVG, Judge Dana M. Sabraw.

---------------------------------------------------------------

**E.DIGITAL CORPORATION,**
*Plaintiff-Appellant,*

**v.**

**RESEARCH IN MOTION LIMITED, DBA BLACKBERRY, AND RESEARCH IN MOTION CORPORATION, DBA BLACKBERRY.,**
*Defendants-Appellees.*

---

2014-1236

2    E.DIGITAL CORPORATION v. RESEARCH IN MOTION LIMITED

_____

Appeal from the United States District Court for the Southern District of California in No. 3:13-cv-00781-DMS-WVG, Judge Dana M. Sabraw.

_____

**ON MOTION**

_____

**O R D E R**

Upon consideration of e.Digital Corporation's unopposed motion to withdraw appeal no. 2014-1236,

IT IS ORDERED THAT:

(1)  The motion is granted.  Appeal No. 2014-1236 is dismissed.

(2)  Each side shall bear its own costs in Appeal No. 2014-1236.

(3)  The revised official caption for 2014-1239, -1242, -1243 is reflected above.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s19

ISSUED AS A MANDATE (as to 2014-1236 only):

March 27, 2014